IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ALFONSO CARILLO,<br><br>　　　　　　Defendants. | 4:23CR3098<br><br>ORDER |

Plaintiffs' unopposed oral motion to modify conditions of release pursuant to 18 U.S.C. 3145(a) is granted. Upon consideration of the evidence and filings before the court, Defendant is released subject to the same terms and conditions of release previously imposed by the United States District Court for the District of Colorado on September 6, 2024 with the following modifications to the Release Order:

　　a.　　Modify condition "(m)" to:

　　　　　Refrain from any use or possession of alcohol.

　　b.　　Modify condition "(r)" to:

　　　　　Curfew. You are restricted to your residence every day from 22:00 to 6:00, or as directed by the supervising officer.

IT IS SO ORDERED.

Dated this 17th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge